RECEIVED
SEP 09 2025
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 3:25-cr-062 |
| v. | INDICTMENT |
| ALEXANDER WARREN DEHOGUES, | T. 18 U.S.C. § 2251(a) |
| | T. 18 U.S.C. § 2251(e) |
| Defendant. | T. 18 U.S.C. § 2252A(a)(5)(B) |
| | T. 18 U.S.C. § 2252A(b)(2) |
| | T. 18 U.S.C. § 2253 |

**THE GRAND JURY CHARGES:**

## COUNT 1
**(Sexual Exploitation and Attempted Sexual Exploitation of a Child)**

From on or about October 22, 2022, thorough on or about March 24, 2023, in the Southern District of Iowa, the defendant, ALEXANDER WARREN DEHOGUES, attempted to and did employ, use, persuade, induce, entice, and coerce a minor, Minor Victim #1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, such visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction was actually transported and transmitted using any means and facility of interstate or foreign commerce and in and affecting interstate and foreign commerce.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

## THE GRAND JURY FURTHER CHARGES:

## COUNT 2
### (Possession of Child Pornography)

On or about May 19, 2025, in the Southern District of Iowa, the defendant, ALEXANDER WARREN DEHOGUES, knowingly possessed material—namely: digital computer files—that contained images of child pornography as defined in Title 18, United States Code, Section 2256(8), including images involving prepubescent minors and minors who had not attained 12 years of age, such images having been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and such images having been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(5)(B) and 2252A(b)(2).

THE GRAND JURY FINDS:

## NOTICE OF FORFEITURE

Upon conviction for the offenses alleged in Counts 1 and 2 of this Indictment, the defendant, ALEXANDER WARREN DEHOGUES, shall forfeit to the United States the defendant's interest in the following property:

a. Any and all visual depictions of minors engaging in sexually explicit conduct, including any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110.

b. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including but not limited to Samsung Galaxy S25 Ultra, Samsung Galaxy S21 Ultra, Samsung Galaxy S9, NZST Desktop PC, and SanDisk microSD card.

This is pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL.**

FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Melisa K. Zaehringer
Assistant United States Attorney

3

ECF #2